September 14, 2017

**Via ECF**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Cates v. Trustees of Columbia University*, No. 1:16-cv-6524-KBF
      *Jane Doe v. Columbia University*, No. 1:16-cv-6488-KBF

Dear Judge Forrest:

The Clerk's Office has asked the parties to bring to your attention the following docketing issue: On September 11, defendants filed their answer to plaintiffs' consolidated amended complaint. Doc. 117. Because plaintiffs' consolidated amended complaint is attached to a letter motion (Docs. 76, 76-1), and is not separately docketed, defendants' answer is currently docketed as a response to a letter motion.

Please let us know what action, if any, you wish the parties to take in addressing this issue. The parties are glad to proceed however the Court deems appropriate.

Respectfully submitted,

SCHLICHTER, BOGARD & DENTON LLP         MAYER BROWN LLP

/s/ Jerome J. Schlichter                 /s/ Brian D. Netter (with consent)
Jerome J. Schlichter (admitted *pro hac vice*)   Brian D. Netter (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200      1999 K Street Northwest
St. Louis, Missouri 63102                Washington, DC 20006
Telephone: (314) 621-6115                Telephone: (202) 263-3000
Facsimile: (314) 621-5934                Facsimile: (202) 263-3300
jschlichter@uselaws.com                  bnetter@mayerbrown.com